# MEMORANDUM DECISIONS.

Walter H. Edwards, Plaintiff in Error, v. Peoples National Bank, a Corporation, Defendant in Error.

(Supreme Court of Florida, En Banc; July 10, 1906.)

No appearance for Plaintiff in Error.

*George W. Dayton,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Dismissed on motion of counsel for the defendant in error.

———————

John Myers, Plaintiff in Error, v. The State of Florida, Defendant in Error.

(Supreme Court of Florida, En Banc; October 9, 1906.)

No appearance for Plaintiff in Error.

*W. H Ellis,* Attorney General, for the State.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Dismissed on motion of Attorney General, counsel for the defendant in error.